732 A.2d 507

IN THE MATTER OF AUGUSTINE U. UZODIKE,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on November 13, 1998, having filed with the Court its decision concluding that **AUGUSTINE U. UZODIKE** of **EAST ORANGE,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.15(a) and (d) (safekeeping

property and recordkeeping deficiencies), *RPC* 8.1(a) (giving false material information to disciplinary authorities), and *Rule* 1:21–6(a) (negligent misappropriation), and good cause appearing;

It is ORDERED that **AUGUSTINE U. UZODIKE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.